[No. 6746–3–II. Division Two. May 29, 1985.]

SANTA FE ENGINEERS, INC., *Appellant,* v. RAINTERRA
LANDSCAPE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 80–2–00801–5, James D. Roper, J., entered
November 5, 1982. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Reed and Petrich, JJ.

[No. 6528–2–II. Division Two. May 30, 1985.]

ROBERT LEE MCBRIDE, ET AL, *Appellants,* v. CHARLES
A. ROOT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 79–2–00257–4, Frank E. Baker, J., entered
August 2, 1982. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Petrich and Alexander, JJ.

[No. 6963–6–II. Division Two. May 30, 1985.]

THE STATE OF WASHINGTON, *Appellant,* v. JOHN
J. REGAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 82–2–00575–1, John W. Schumacher,
J., entered March 26, 1983. *Affirmed in part, reversed in
part,* and *remanded* by unpublished opinion per Alexander,
J., concurred in by Worswick, C.J., and Reed, J.

[No. 7862–7–II. Division Two. May 30, 1985.]

*In the Matter of the Welfare of*
DARIN HAMMON.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95892R500, Rosanne Buckner, J. Pro Tem.,
entered May 31, 1984. *Reversed* by unpublished opinion
per Alexander, J., concurred in by Worswick, C.J., and
Reed, J.